944

No. 806. STEWART-WARNER CORP. *v.* CANADIAN WEST-INGHOUSE CO., LTD. C. A. 2d Cir. Certiorari denied. *Augustus G. Douvas* and *Edwin T. Bean* for petitioner. *Ralph H. Swingle* and *Charles K. Rice* for respondent.

No. 711. UNITED STATES ET AL. *v.* WILSON & COMPANY, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *Ralph S. Spritzer* for the United States; and *Max D. Paglin* and *Daniel R. Ohlbaum* for the Federal Communications Commission. *Charles A. Bane* and *Sharon L. King* for Wilson & Company et al.; and *Kenneth F. Burgess, Howard P. Robinson* and *Howard J. Trienens* for American Telephone & Telegraph Co. et al., respondents.

No. 786. FITZGERALD ET AL. *v.* UNITED STATES. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *John J. Sullivan* and *Aaron Kravitch* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 675, Misc. MARXHAUSEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.

No. 689, Misc. KNICKER *v.* NASH, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.